799 A.2d 750

**M. Diane KOKEN, Insurance Commissioner, Commonwealth of Pennsylvania,**

v.

**PHICO INSURANCE COMPANY.**

**Appeal of Michael P. Sullivan.**

**No. 29 MAP 2002.**

Supreme Court of Pennsylvania.

May 1, 2002.

Elliott Reihner Siedzikowski & Egan, P.C., Frederick P. Santarelli, John M. Elliott, Martin Jeffrey Stetina, Union Meeting Corporate Ctr. V, Dean Richard Phillips, Blue Bell, Balaban and Balaban, William R. Balaban, Patricia Carey Zucker, Harrisburg, for Michael P. Sullivan.

PA Department of Insurance, Amy Griffith Daubert, Kandi Ann Davis, David F. Simon, Herring & Herring, James M. Sheehan, Harrisburg, Wolf, Block, Schorr and Solis–Cohen, LLP, Jerome J. Shestack, Virginia Lynn Hogben, Joseph Colin Crawford, PA State Ethics Commission, William G. Frey, Philadelphia, for M. Diane Koken.

Kline & Specter, P.C., Jonathan Morley Cohen, Philadelphia, for Darlene Kern, Intervenor.

Eckert Seamans Cherin & Mellott, LLC, Loudon L. Campbell, Harrisburg, for Purchaser, Professionals Advocate Insurance Company, Intervenor.

Malatesta Hawke & McKeon, LLP, Thomas Joseph Sniscak, Harrisburg, for Susan Poe, Intervenor.

Morgan, Lewis & Bockius LLP, Jay H. Calvert, Philadelphia, for Universal Health Services, Inc., Intervenor.

## ORDER

PER CURIAM.

**AND NOW,** this 1st day of May, 2002, the above-captioned appeal is quashed.